1
2
3                                                           "O"
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,   ) Case No. CR 02-0639 MMM
12 |           Plaintiff,         ) ORDER OF DETENTION
13 |     v.                       ) [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)]
14 | GRAHAM TODD ,                )
15 |           Defendant.          )

16 ─────────────────────────────

17     The defendant having been arrested in this judicial district pursuant to a warrant

18 issued by the Honorable Margaret M. Morrow, United States District Judge, for an alleged

19 violation of the terms and conditions of the defendant's supervised release; and

20     The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

22 A.   (X)   The defendant has not met his burden of establishing by clear and convincing

23             evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

24             (c). This finding is based on the defendant's lack of bail resources, lack of a

25             stable residence, and the nature of the charge offense, which indicates the

26             defendant is unlikely to comply with conditions of release; and

27 B.   (X)   The defendant has not met his burden of establishing by clear and convincing

28             evidence that he is not likely to pose a danger to the safety of any other person

               or the community if released under 18 U.S.C. § 3142(b) or (c). This finding

1         is based on the nature of the charged offense and defendant's extensive
2         criminal history.

4   IT THEREFORE IS ORDERED that the defendant be detained pending the further
5 revocation proceedings.

8 Dated:   August 11, 2008

                                      /s/      ARTHUR NAKAZATO
                                            ARTHUR NAKAZATO
                                   UNITES STATES MAGISTRATE JUDGE